Commissioner of Public Welfare of the City of New York on Complaint of Eleanor Nalesnick, Appellant, v. Stephen Arvay, Respondent.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, dismissing filiation proceeding, reversed on the law and a new trial ordered. The court was not warranted in dismissing the proceeding, since the defendant had not rested. Lazansky, P. J., Hagarty and Tompkins, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm.

Charles Feltman, Appellant, v. Louis Manesse and Frances B. Manesse, Copartners, Doing Business under the Firm Name and Style of Manesse & Co., Respondents, and Civic & Co., Inc., Defendant.— The court will hear the respondents' argument at the beginning of the March enumerated calendar. The case will be placed on the March calendar accordingly. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of Conradina Wilson to Render and Settle Her Intermediate Account as Administratrix, etc., of Alfred R. Sorensen, Deceased, Appellant. George S. Van Schaick, Superintendent of Insurance, as Liquidator of The Greater City Surety and Indemnity Corporation, Respondent.— Decree of the Surrogate's Court of Kings county of October 6, 1932, in so far as it dismisses appellant's demand against the surety for $3,060 and interest, and in so far as it surcharges appellant in that sum, reversed on the law and the facts, with costs to appellant, payable by the surety, and a decree is directed providing that the surety pay to the appellant the sum of $3,060, with interest from April 8, 1929, and that the surcharge of the appellant be deleted. The payment to the surety was not made under a mistake of law, but a mistake of fact on the part of appellant, induced by undue influence on the part of the surety. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

Angelos Lekas, Respondent, v. Celia Karp and Herman Karp, Appellants. — Order of the County Court of Nassau county dismissing appeal affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.